RECEIVED
JUL - 7 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Form A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

July 2nd, 2014

ALBERTO ANGUIANO
ID# 867867

vs.                                               COMPLAINT

IOWA STATE PATROL
and/or DRUG ENFORCEMENT
AGENCY

I.  Previous Lawsuits:

    A. yes

B.
    1. Parties to this previous lawsuit.
      Plaintiffs. ALBERTO ANGUIANO
      Defendants. DALLAS County Jail, Staff, Sheriff
    2. Court. Southern District
    3. Docket Number. N/A FOR suit (Complaint No. 4:14-CV-00250-RP)
    4. Name of Judge Robert W. Pratt
    5. Disposition Pending
    6. Approximate date of filing suit 6-02-14
    7. Approximate disposition N/A

II. Place of Present Confinement POLK County Jail
  A. Is there a prisoner grievance procedure in this institution? Yes (X) NO ( )
  B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes ( ) NO (X)
  C. N/A

  D. If answer is no explain why not?
    because this has to do with IOWA STATE PATROL and D.E.A.

  E. N/A
  F. N/A

III. Parties. ALBERTO Anguiano N.862 1985 N.E. 51st Place Des Moines, Iowa 50313
    DEFENDANTS. IOWA STATE PATROL / D.E.A.
IV. This Complaint is brought pursuant to 42 U.S.C. §1983, and Jurisdiction is based on 28 U.S.C. §1343 Plaintiff alleges the defendants acted under color of state law with regard to the facts stated in part V of this Complaint.

V. Statement of Claim

On or about May 9th 2013 IOWA STATE PATROL along with D.E.A. did knowingly and intelligently search property belonging to ALBERTO ANGUIANO without a Search Warrent in Violation of TITLE 18 Chapter 109 Section 2236 of U.S.C. These events took place at the STATE PATROL OFFICE IN DES MOINES, IOWA.

DEFENDANTS are acused of Downloading information that was and is private and personal from PLANTIFF's Cell Phone, LabTop, and his personal luggage. (BLACK DUFFLE BAG)

VI. PLANTIFF asks the Court that there is probable Cause and facts to establish that the Defendants comitted the offense, and to file Criminal Charge(s) in Federal Court.

VII. No Assistance was acquired in the preperation of this Complaint.

VIII. Signed this 2nd day of July 2014

PLANTIFF [signature]

ALBERTO ALEGRE AND N-86...
[illegible] D.E. 14th [illegible]
Des Moines, Iowa 50313

DES MOINES IA 500
03 JUL 2014 PM 4 L

Clerk, United States District C...
U.S. Courthouse
P.O. Box 9344
Des Moines, Iowa 50306-9344

X-RAYED & CLEARED BY U.S.M.S. RV